

# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

April 20, 2015

Danny Shead
TDCJ-ID#01484832
Tulia Transfer Facility
400 Hwy 86 West
Tulia, TX 79088

**RE:** Case Numbers: 07-15-00164-CV, 07-15-00165-CV, 07-15-00166-CV
Trial Court Case Numbers: 8460B, 8461B, 19154B

**Style:** Danny Shead v. The State of Texas

Dear Mr. Shead:

The Court has been advised that you have given notice of restricted appeal. TEX. R. APP. P. 30. The causes in this Court will bear the cause numbers and style shown above. The notice was accompanied by the documents requires by chapter 14 of the Texas Civil Practice and Remedies Code to permit you to proceed in these appeals without payment of costs, as well as by a docketing statement.

The Court *sua sponte* orders that the appellate records in cause numbers 07-15-00084-CV, 07-15-00085-CV, and 07-15-00086-CV be transferred into the cause numbers referenced above and be deemed filed as of April 20, 2015. Appellant's brief is due to be filed on or before **Wednesday, May 20, 2015**, and must substantially comply with the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure.

In addition, as required by Texas Government Code, Sec. 51.204(d), the Court is notifying the trial court clerk that all records filed with respect to this case with the exception of indexes, original opinions, minutes, and general court dockets will be destroyed no earlier than six (6) years from the date final mandates issue in these restricted appeals.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc: Honorable John B. Board (DELIVERED VIA E-MAIL)
Harry Ingram (DELIVERED VIA E-MAIL)
Jo Carter (DELIVERED VIA E-MAIL)
James A. Farren (DELIVERED VIA E-MAIL)